

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00660-CV

**IN THE INTEREST OF J.A.E.**

From the County Court at Law No. 2, Webb County, Texas
Trial Court Nos. 2011CVQ002377-C3 & 1995CVS001672-C3
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant.

SIGNED June 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice